IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO.   17-3246-8 MV

vs.

**ANDREW WYATT**,

        Defendant.

### MOTION TO DISMISS INDICTMENT AGAINST ANDREW WYATT WITHOUT PREJUDICE

The United States of America, pursuant to Fed. R. Crim. P. 48, respectfully moves the Court to dismiss defendant Andrew Wyatt from Counts 1, 2, and 11 of the First Superseding Indictment filed April 10, 2018 (Doc. 20), in cause number 18-03246 MV. As grounds for this request, the United States submits that dismissal without prejudice is in the best interests of justice. The United States is not requesting that the Court dismiss any charges in the First Superseding Indictment involving any other named defendant other than Mr. Wyatt. Due to the nature of this motion, the defendant's position was not obtained.

WHEREFORE, the United States respectfully requests this Court enter an order dismissing, without prejudice, Andrew Wyatt from Counts 1, 2, and 11 of the First Superseding Indictment in this cause.

                                            Respectfully submitted,

                                            JOHN C. ANDERSON
                                            United States Attorney

                                            *Electronically Signed: 03/10/2020*

LETITIA CARROLL SIMMS
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274